UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50515 |
| Plaintiff - Appellee, | D.C. No. 3:10-cr-01580-LAB-1 |
| v. | Southern District of California, San Diego |
| ADALID RODRIGUEZ CARDENAS, | |
| Defendant - Appellant. | ORDER |

Before: D.W. NELSON and O'SCANNLAIN, Circuit Judges, and SINGLETON, Senior District Judge.*

The memorandum disposition filed in this case on December 20, 2012 is hereby amended as follows:

On page 4 of the memorandum disposition, delete the sentence in the second paragraph which states "Cardenas fails to show any prejudice resulting from the admission of this testimony" and replace it with "No prejudice resulted from the admission of this testimony."

With this amendment, the panel has voted to deny the petition for rehearing and rehearing en banc. The panel has voted unanimously to deny the petition for

_____

* The Honorable James K. Singleton, Senior District Judge for the U.S. District Court for the District of Alaska, sitting by designation.

rehearing.  Judge O'Scannlain has voted to deny the petition for rehearing en banc, and Judges Nelson and Singleton have so recommended.  The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc.  Fed. R. App. P. 35.

The petition for rehearing and petition for rehearing en banc is DENIED.  No further petitions for panel rehearing or for rehearing en banc will be entertained.